UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE WEAVER,                     )<br>                                               )<br>     Plaintiff,                          )<br>                                               )<br>     v.                                     )<br>                                               )     Civil Action No. 00-01099 (RCL)<br>ROBERT BRATT, et al.,          )<br>                                               )<br>                                               )<br>     Defendants.                    )<br>                                               ) | |

## ORDER

Upon consideration of federal defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, parties' submissions, the record herein and for good cause shown, it is hereby

ORDERED that federal defendants' Motion [25] to Dismiss is GRANTED; it is further

ORDERED that defendant Kator's Motion [20] to Dismiss is GRANTED; it is further

ORDERED that federal defendants' Motion [23] to Unseal is GRANTED; it is further

ORDERED that federal defendants' Motion [38] for Further Enlargement of Time is GRANTED *nunc pro tunc*; it is further

ORDERED that federal defendants' Motion [41] to Strike is DENIED; it is further

ORDERED that federal defendants' Motion [40] for Enlargement of Time is DENIED as moot; it is further

ORDERED that plaintiff's Motion [43] Concerning Electronic Evidence and Docket Access is DENIED as moot; and it is further

ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

SO ORDERED..

Signed by Royce C. Lamberth, United States District Judge, March 15, 2006.